IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00430-BNB

STEPHANIE BLALOCK, #134917,

    Plaintiff,

v.

JEFFERSON COUNTY JAIL,
DEPUTY PROSSER, and
TARA SELLERS, DOC # 130270,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG - 6 2010

GREGORY C. LANGHAM
CLERK

---

ORDER OF DISMISSAL

---

Plaintiff, Stephanie Blalock, initiated this action by filing a *pro se* Prisoner Complaint and a motion for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 on February 18, 2010. At the time of filing, Ms. Blalock was in the custody of the Jefferson County Sheriff's Department and was incarcerated at the Jefferson County Detention Facility in Golden, Colorado.

By order dated February 25, 2010, Magistrate Judge Boyd N. Boland directed the Clerk of the Court to commence a civil action and instructed Ms. Blalock to cure certain deficiencies if she wished to pursue her claims. Specifically, Magistrate Judge Boland ordered Ms. Blalock to submit a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the court-approved forms, which Ms. Blalock filed on March 15, 2010.

Magistrate Judge Boland granted Ms. Blalock leave to proceed pursuant to § 1915 by order dated March 16, 2010, and ordered her to pay an initial partial filing fee of $55.00. On April 15, 2010, Ms. Blalock filed a letter with the Court indicating that she had been released from the custody of the Jefferson County Sheriff's Department and that she was no longer incarcerated. Accordingly, on April 20, 2010, Magistrate Judge Boland ordered Ms. Blalock to file an Amended Motion for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the form used by non-prisoners. Ms. Blalock filed the Amended Motion on May 13, 2010, and Magistrate Judge Boland granted her leave to proceed pursuant to § 1915 by order dated May 17, 2010.

On May 19, 2010, Magistrate Judge Boland determined that Ms. Blalock's Complaint was deficient, because Ms. Blalock was suing improper parties and because she failed to allege that all of the named Defendants were acting under color of state law, as is required to maintain a suit pursuant to 42 U.S.C. § 1983. Accordingly, Ms. Blalock was ordered to file an Amended Complaint, and was warned that the action would be dismissed without further notice if she failed to file an amended pleading within thirty days.

Ms. Blalock filed two different copies of her Amended Complaint on June 7, 2010. On June 24, 2010, Magistrate Judge Craig B. Shaffer determined that the Amended Complaints were deficient because Ms. Blalock failed to provide a basis for the Court's jurisdiction and was again attempting to sue improper parties. Therefore, Ms. Blalock was ordered to file a Second and Final Amended Complaint and was warned that the action would be dismissed without further notice if she failed to file a second amended pleading within thirty days.

Ms. Blalock has now failed to file a Second and Final Amended Complaint as directed by Magistrate Judge Shaffer. Further, she has not communicated with the Court since June 7, 2010. Therefore, the Amended Complaint and action will be dismissed without prejudice. Accordingly, it is

ORDERED that the action dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Stephanie Blalock, to file a second amended pleading.

DATED at Denver, Colorado, this  5th  day of  August , 2010.

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK
Senior Judge, United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00430-BNB

Stephanie Blalock
8763 W. Center Ave.
Lakewood, CO 80226

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 5/6/10

GREGORY C. LANGHAM, CLERK

By:_____
    Deputy Clerk